THEODORE S. MILLER, as a Director of HONDUR-AMERICAN CATTLE, AGRICULTURAL AND COLONIZATION COMPANY, Appellant, *v.* JOSIAH QUINCY, Respondent, Impleaded with Others.

(Submitted November 28, 1904; decided December 6, 1904.)

MOTION to amend remittitur. (See 179 N. Y. 294.)

Motion granted and remittitur amended by adding to the ordinary part thereof the following words, "with leave to the demurring defendant to answer on payment of costs."

---

In the Matter of the Accounting of WILLIAM G. TRACY et al., as Executors of and Trustees under the Will of GEORGE N. KENNEDY, Deceased, Appellants.

SYRACUSE UNIVERSITY et al., Appellants.

(Submitted December 5, 1904; decided December 6, 1904.)

MOTION to amend remittitur. (See 179 N. Y. 501.)

Motion granted, so as to allow a bill of costs in the Court of Appeals and in the Appellate Division to Oliver D. Burden, as special guardian, and as to allowing a bill of costs to William S. Turner, denied, without costs.